**NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER**

**Electronically Filed
Intermediate Court of Appeals
CAAP-24-0000665
14-MAY-2025
08:17 AM
Dkt. 31 ODSD**

NO. CAAP-24-0000665

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

WILLIAM J. COWARD, Plaintiff-Appellant, v.
DIRECTOR OF DEPARTMENT OF CUSTOMER SERVICES,
CITY AND COUNTY OF HONOLULU, Defendant-Appellee

APPEAL FROM THE DISTRICT COURT OF THE FIRST CIRCUIT
HONOLULU DIVISION
(CIVIL NO. 1DRC-24-0000708)

ORDER DISMISSING APPEAL
(By: Leonard, Acting Chief Judge, Hiraoka and McCullen, JJ.)

Upon review of the record, it appears that:

(1) On October 11, 2024, Plaintiff-Appellant William J. Coward (**Coward**) filed the notice of appeal, self-represented;

(2) The opening brief was due on a clerk's extension on or before February 5, 2025;

(3) Coward failed to file the opening brief, or request a further extension of time;

(4) On February 12, 2025, the appellate clerk entered a default notice informing Coward that the time for filing the opening brief had expired, the matter would be called to the court's attention on February 24, 2025, for appropriate action, which could include dismissal of the appeal, under Hawaiʻi Rules

of Appellate Procedure Rule 30, and Coward could request relief from default by motion; and

(5) Coward has not taken any further action in this appeal.

Therefore, IT IS HEREBY ORDERED that the appeal is dismissed.

DATED:  Honolulu, Hawai'i, May 14, 2025.

/s/ Katherine G. Leonard
Acting Chief Judge

/s/ Keith K. Hiraoka
Associate Judge

/s/ Sonja M.P. McCullen
Associate Judge